**Order entered August 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01516-CR
No. 05-12-01517-CR

**KELLY MACK LAMBETH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-80060-2012, 219-80495-2012**

## ORDER

On May 9, 2013, this Court ordered appellant to file his brief in these appeals by June 14, 2013. When appellant's brief was not filed by July 1, 2013, the Court ordered appellant to file a brief by July 15, 2013. We warned that if we did not receive appellant's brief by that date, we would order Tim Avery removed as appellant's appointed attorney of record and order the trial court to appoint new counsel to represent appellant in the appeals. However, Mr. Avery's name was not added to the Court's case management system, and it does not appear he was sent copies of this Court's orders.

Accordingly, we **DIRECT** the Clerk of this Court to list Tim Avery as appellant's appointed attorney of record in place of Lon Garner.

We note that Mr. Avery represented to the trial court at the earlier abatement hearing that he could file appellant's brief by June 14, 2013, but Mr. Avery has not filed the brief nor sought an extension of time to do so. Accordingly, we **ORDER** Mr. Avery to file appellant's brief by **AUGUST 26, 2013**. If appellant's brief is not filed by the date specified, we will order Tim Avery removed as appellant's appointed attorney and will order the trial court to appoint new counsel to represent appellant in the appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Tim Avery and John Rolater.


/s/    DAVID EVANS
         JUSTICE